- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ventress Corr. Fac.
P.O. Box 767
Clayton AL 36016
J.C. Giles, Warden

Johns

april 10

A. Signature
X Autra Guice
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Autra Guice

C. Date of Delivery
3-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☒ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 4584 5494

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

06-229