**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Johns*

1. Article Addressed to:

   Troy King, AG
   Alabama State House
   11 South Union St.
   Montg AL 36130
   
   april 10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *L. Sumner*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sumner
C. Date of Delivery: 3/30/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 5487

PS Form 3811, February 2004    Domestic Return Receipt    06-229    102595-02-M-1540