THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, )<br>AIS #154434, )<br>   )<br>   Petitioner, )<br>   )<br>vs. )<br>   )<br>WARDEN J.C. GILES, and )<br>THE ATTORNEY GENERAL FOR )<br>THE STATE OF ALABAMA, )<br>   )<br>   Respondents. ) | CIVIL ACTION NO. 2.06-CV-229-WHA |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER**

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and move this Honorable Court for an order granting an additional 21 days within which to file their response to this Court's order entered March 28, 2006. In this case, Johns petitions for reversal of his 2003 convictions for second-degree kidnapping and carrying a concealed weapon.

As grounds therefor, the Respondents set out that, because of missing state files and transcripts, the undersigned counsel is not yet able to begin further work on the Respondents' response to Johns's petition. The necessary files will not

arrive until approximately April 14, 2006. The undersigned will also be away on previously scheduled vacation for several days during April of 2006.

Because of these unusual circumstances and because of work on other pending cases, the undersigned will not be able to respond by the current due date of April 10, 2006. Therefore, an extension of time to May 1, 2006 is needed in order to prepare a thorough response to this Court's March 28, 2006 order.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:


/s/Hense R. Ellis II
Deputy Attorney General
IDELLI9296

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2006, I electronically filed the foregoing document, with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document, including exhibit to the following non-CM/ECF participant:

Andrew Phillip Johns
AIS #154434
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

                                              s/Hense R. Ellis II
                                              Hense R. Ellis II (ELLI9296)
                                              Office of the Attorney General
                                              Alabama State House
                                              11 South Union Street
                                              Montgomery, AL 36130-0152
                                              Telephone: (334) 242-7300
                                              Fax: (334) 242-2848
                                              E-Mail: hrellis@peoplepc.com

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
119209/JOHNS
-001

3