IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, #154434, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>J. C. GILES, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO. 2:06-CV-229-WHA |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on April 10, 2006 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from April 10, 2006 to and including May 1, 2006 to file an answer in compliance with the directives of the order entered on March 28, 2006.

Done, this 12th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE