# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

*Ellis 11*
*534/8*

**CR-02-1375**

Charles Kelvin Johns, alias v. State of Alabama  (Appeal from Pike Circuit Court: CC02-96; CC02-97).

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on January 23rd 2004:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 14th day of May, 2004.

*/s/ Lane W. Mann*

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Thomas E. Head, III, Circuit Judge
    Hon. Brenda M. Peacock, Circuit Clerk
    Charles Kelvin Johns, Pro Se
    Hense R. Ellis, II, Asst. Atty. Gen.


EXHIBIT C