# IN THE SUPREME COURT OF ALABAMA

*Ellis 5348*



May 14, 2004

**1031048**

Ex parte Charles Kelvin Johns, alias. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Charles Kelvin Johns v. State of Alabama) (Pike Circuit Court: CC02-96; CC02-97; Criminal Appeals : CR-02-1375).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

HOUSTON, J. - See, Lyons, Johnstone, and Woodall, JJ., concuar.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 14th day of May, 2004

*Robt. G. Esdale, Sr.*
Clerk, Supreme Court of Alabama



/bb