THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION    RECEIVED

2006 APR 21  A 11: 45

| | |
|---|---|
| CHARLES KELVIN JOHNS,     ) | |
| AIS #154434,              ) | |
|                           ) | |
|      Petitioner,          ) | |
|                           ) | C.V. NO. 2.06-CV-229-WHA |
| vs.                       ) | |
|                           ) | |
| WARDEN KENNETH JONES, and ) | |
| THE ATTORNEY GENERAL FOR  ) | |
| THE STATE OF ALABAMA,     ) | |
|                           ) | |
|      Respondents.         ) | |

**SUBMISSION OF EXHIBIT**

Come the Respondents and submit the following exhibit in support of their Answer to the Court's Order to Show Cause which was electronically filed on April 21st, 2006.

Exhibit A-   Pike County Circuit Clerk's record of Johns's conviction

All other exhibits were electronically filed with the Answer. All exhibits and the Answer were mailed to Petitioner on April 21, 2005.

Done this 21st day of April, 2006.

Respectfully submitted,

Troy King
*Attorney General*
By:

_____
Hense R. Ellis II (IDELLI9296)
*Assistant Attorney General*

EXHIBIT "A" TO THE ANSWER IS NOT SCANNED.

IT IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.