THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, AIS #154434, | ) ) ) |
| Petitioner, | ) ) ) C.V. NO. 2.06-CV-229-WHA |
| vs. | ) ) |
| WARDEN KENNETH JONES, and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) ) ) |
| Respondents. | ) |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER**

Come now the Respondents in the above-styled cause, and move this Honorable Court for an order granting an additional 14 days within which to file their response to this Court's order entered March 28, 2006. In this case, Johns petitions for reversal of his 2003 convictions for second-degree kidnapping and carrying a concealed weapon.

Counsel to whom this case is assigned is out of the country on previously scheduled vacation until Thursday, May 4, 2006. The requested document was not originally served on Respondents and must be procured from the Alabama Supreme Court.

Wherefore, premises considered Respondents request an additional 14 days in which to comply with this Courts previous orders.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:


/s/P. David Bjurberg
P. David Bjurberg (BJU001)
*Assistant Attorney General*
ID #BJU001

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document, including exhibit to the following non-CM/ECF participant:

>	Charles Kelvin Johns
>	AIS #154434; Dorm #11
>	Ventress Correctional Facility
>	P.O. Box 767
>	Clayton, AL 36016

>	/s/P. David Bjurberg
>	P. David Bjurberg (BJU001)
>	Office of the Attorney General
>	Alabama State House
>	11 South Union
>	Montgomery, AL  36130-0152
>	Telephone: (334) 242-7300
>	Fax: (334) 242-2848
>	E-Mail: PBjurberg@AGO.State.AL.US

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300
126890/JOHNS