IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 16  P 3:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CHARLES KELVIN JOHNS, )
AIS #154434, )
 )
 )
Petitioner, )
 ) C.V. NO. 2.06-CV-229-WHA
vs. )
 )
 )
WARDEN KENNETH JONES, and )
THE ATTORNEY GENERAL FOR )
THE STATE OF ALABAMA, )
 )
 )
Respondents. )

## SUBMISSION OF EXHIBIT

Come the Respondents and submit the following exhibit in support of their Answer to the Court's Order to Show Cause which was electronically filed on May 15, 2006.

Exhibit H - Petition for writ of certiorari

All other exhibits were electronically filed with the Answer. All other exhibits and the Answer were mailed to Petitioner on May 15, 2006.

Done this 16th day of May, 2006.

Respectfully submitted,

Troy King
*Attorney General*
By:

*Hense R. Ellis II*
Hense R. Ellis II (IDELLI9296)
*Assistant Attorney General*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2006, I did serve a copy of the foregoing on the following, by placing the same in the United States Mail, postage prepaid and properly addressed as follows:

Charles Kelvin Johns
AIS #154434; Dorm #11
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

_Hense R. Ellis II_
Hense R. Ellis II
Deputy Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
131720/Johns