IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 JUN -5 A 9: 77

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles Kelvin Johns,                *
                                     *
        Petitioner,                  *
                                     *
vs.                                  *   CIVIL ACTION NO. 2:06-CV-229-WHA
                                     *
J. C. Giles, et al.,                 *
                                     *
        Respondents.                 *
                                     *

## REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND

COMES now the Petitioner in the above styled cause, and requests an additional thirty (30) days in which to respond to this Court's Order allowing Petitioner to respond. In support of this request, Petitioner show as follows:

(1) Petitioner is attempting to relocate actual documented proof positive evidence that he was forced to mail home from private prison in Mississippi before being shipped back to Alabama.

(2) This evidence may be used by this Court to establish cause and prejudice for the Petitioner's procedurally defaulted claims.

(3) These documents may help this Court to determine that Petitioner "has not" and "could not" receive an unbiased appellate process or appointed attorney by the State, due to the influence of public officials actually involved in Petitioner's property interest and criminal case.

(4) The Law Librarian at Ventress Correctional Facility, in which the Petitioner is housed has only allowed very limited access for the week of May 22-28, 2006, due to off campus training.

(5) Petitioner is very much a layman not trained in the law, and needs additional time for preparation and assistance from other, more experienced inmates.

WHEREFORE, all premises considered, Petitioner respectfully requests that this Court grant an additional thirty (30) days in which to file his response.

Respectfully submitted this 2 day of June, 2006.

_____
Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the U.S. Postal Service Box postage prepaid to be mailed to the following parties on this 2 day of June, 2006.

Clerk of the United States District Court

Alabama Office of the Attorney General

_____
Petitioner