IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Charles Kelvin Johns, | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:06-CV-229-WHA |
| J. C. Giles, et al., | * |
| Respondents. | * |

### REQUEST FOR ADDITIONAL TIME

COMES NOW the Petitioner in the above-styled cause and requests an additional thirty (30) days in which to respond. In support of this request Petitioner shows as follows:

(1) The Law Librarian at the institution in which the Petitioner is housed will be on vacation for the first two (2) weeks of July.

(2) Petitioner must rely on other inmates in the preparation of this response, which is extensive.

(3) Petitioner is not a legal tactician but has acquired the skill, knowledge, and assistance of another inmate. However, the amount of time needed in the writing, research and typing has been limited to the extent to where the Petitioner and the inmate assisting have not completed the Response, and additional time is needed.

**WHEREFORE,** all premises considered, Petitioner respectfully requests this Court grant an additional thirty (30) days in which to file his response.

Respectfully submitted this 30 day of June, 2006.

*Charles K Johns*
Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the U.S. Postage Service Box, postage prepaid, to be mailed to the following parties on this 30 day of June, 2006.

Parties Served:

Clerk of the United States District Court

Alabama Office of the Attorney General

*Charles K Johns*
Petitioner