IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, <br> A.I.S. # 1544434, <br><br> Petitioner, <br><br> VS. <br><br> J. C. GILES, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> )    2:06-CV-229-WHA <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, John M. Porter, and enters his Notice of Appearance, on behalf of J. C. Giles, et al., Respondents, in the above-styled case. Undersigned Counsel should receive copies of all documents filed in this case. Counsel, however, should not receive any documents that have a fee unless the document is expressly ordered by counsel.

                         Respectfully submitted,

                         Troy King (KIN047) <br>
                         Attorney General <br>
                         By:

                         s/John M. Porter <br>
                         John M. Porter (ASB5818-P77J) <br>
                         Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Charles Kelvin Johns, AIS #154434, Ventress Correctional Facility, P O Box 767, Clayton, AL 36016.

        Respectfully submitted,

        s/John M. Porter
        John M. Porter(ASB5818-P77J)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: JPorter@ago.state.al.us

153115/93296-001