IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELVIN JOHNS, <br> A.I.S. # 1544434, <br><br> Petitioner, <br><br> VS. <br><br> J. C. GILES, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> )     2:06-CV-229-WHA <br> ) <br> ) <br> ) |

### MOTION TO REMOVE COUNSEL

Comes now the undersigned attorney, John M. Porter, and requests that Hense R. Ellis, II be removed as counsel for the Respondents as he is hereby no longer employed with the Attorney General's Office.

                                        Respectfully submitted,

                                        Troy King (KIN047)
                                        Attorney General
                                        By:

                                        s/John M. Porter
                                        John M. Porter (ASB5818-P77J)
                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Charles Kelvin Johns, AIS #154434, Ventress Correctional Facility, P O Box 767, Clayton, AL 36016.

                                       Respectfully submitted,

                                       s/John M. Porter
                                       John M. Porter(ASB5818-P77J)
                                       Office of the Attorney General
                                       Alabama State House
                                       11 South Union
                                       Montgomery, AL  36130-0152
                                       Telephone: (334) 242-7300
                                       Fax: (334) 242-2848
                                       E-Mail: JPorter@ago.state.al.us

153162/93296-001