IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUL 31 A 10: 00

Charles Kelvin Johns,        *
                             *
        Petitioner,          *
                             *
v.                           *    CIVIL ACTION NO. 2:06-CV-229-WHA
                             *
J.C. Giles, et al.,          *
                             *
        Respondents          *
                             *

## AFFIDAVIT

Before me, a Notary Public in and for said County of Barbour and the State of Alabama at large, personally appeared CHARLES KELVIN JOHNS, who being known to me and first duly sworn in accordance with the law, did depose and state as follows:

I.  CHARLES KELVIN JOHNS hereby submits the following documents and state that each is an authentic copy as supplied to me and have not been altered or changed in any way.

I further swear under penalty of perjury that before I had committed crimes involved in this case that I was refused any information from Pike County, Alabama officials concerning my property in that county, and that each - Curtis Blair, Tax Assessor, and Bill Stone, Probate Judge - explained to me that Circuit Judge Robert Barr had ordered each of them to refuse me any information concerning my property. I then reported their refusals to the Chief Deputy Assistant Attorney General for the State of Alabama personally on three separate occasions. The Alabama Attorney General at that time was Bill Pryor. However, I was unable to speak with him personally on any of those occasions.

Each time I personally spoke to the Chief Deputy Attorney General about my property concern, he would promise to check out the reasoning for the Pike County officials refusal. However, nothing was ever done and I was never again contacted about the matter by anyone from the Attorney General's Office.

## EXHIBIT

**EXHIBIT A:** Copies of a lawsuit filed in 1960 against H. S. Barr and James T. Rammage Jr. and James T. Rammage III. These copies were obtained from records in the Pike County Courthouse.

**EXHIBIT B:** Copies of 1989 court order of Petitioner being tried, convicted, and sentenced under the false name of Myhand.

**EXHIBIT C:** Copies of Petitioner's driver's license, Social Security Card and Birth Certificate.

**EXHIBIT D:** Letter from the Alabama Court of Criminal Appeals using wrong AIS number advising Petitioner Attorney Claunch was representing him on appeal.

**EXHIBIT E:** Letter from Appellate Attorney Claunch.

**EXHIBIT F:** Letter from Appellate Attorney Claunch.

**EXHIBIT G:** State's Response to Petitioner's Rule 32 Petition.

**EXHIBIT H:** Order dismissing Petitioner's Rule 32 Petition.

**EXHIBIT I:** Letter from Alabama Bar.

**EXHIBIT J:** Letter from Attorney Rhon Jones X3, and a letter from the Anderson Law Firm.

**EXHIBIT K:** Department of Corrections time sheet using Petitioner's real name as alias name, and many other envelopes with Petitioner's wrong name as well as filings to this Court, improper documentation. All supplied to the Petitioner by the State of Alabama addressing Petitioner is some improper form.

**EXHIBIT L:** Court ordered psychological evaluation of Petitioner.

Affidavit
Page 2

I have only supplied copies of Exhibit's E, F, I, and J to the Alabama Attorney General for two reasons:

(1) The institution where I am housed does not supply copies to inmates; and

(2) The State of Alabama has control of all other Exhibits.

## CERTIFICATE OF SERVICE

I hereby certify that I have place a true copy of the foregoing in the U.S. Postal Service Box postage paid to be mailed to the below listed parties on this 27th day of July, 2006.

(1) The Alabama Office of the Attorney General
(2) The Clerk of the United States District Court for the Middle District of Alabama

_Charles B Johns_
Petitioner

## NOTARY BLOCK

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this 27th day of July, 2006.

_Carolyn R. Abercrombie_
Notary Public
My Commission Expires August 18, 2007
Comm. Exp. Date

Affidavit
Page 3