EXHIBIT "A"

|  |  |  |
|---|---|---|
| THE STATE OF ALABAMA,<br>Petitioner | * * * * * | IN THE PROBATE COURT OF |
| VS | * * | PIKE COUNTY |
|  | * * | ALABAMA |
| JAMES T. RAMAGE, JR., and<br>JAMES T. RAMAGE, III,<br>Respondents | * * * * * * |  |

This cause coming on to be heard on this day for a decree confirming the report of commissioners heretofore appointed in said cause and for an order of condemnation in pursuance thereof as to the lands described in said report and in applicant's petition filed in said cause;

And it appearing to the Court that on, to-wit, the 22nd day of October, 1959, this Court heard the allegations of said petition and all legal evidence offered by the parties touching the same, there being present at said hearing Honorable J. B. Wiley, Guardian Ad Litem for the Defendants, James T. Ramage III and the unborn issue of James T. Ramage, Jr.; and it further appearing that the Court did make an order granting said petition for the condemnation of the property therein described, namely:

PARCEL NO. 1: Beginning at a point on the existing right of way line of Project No. F. A. S. 221 (1) that 280 feet southwesterly of the center line of Federal Project No. 227 (3), as measured along said existing north right-of-way line; thence northeasterly along a straight line a distance of 170 feet, more or less, to a point that is 125 feet southwesterly of and at right angles to said center line at Station 493/25; thence northwesterly along a curve to the right (concave northeasterly) having a radius of 11584.2 feet, a distance of 513.04 feet to a point that is 125 feet southwesterly of and at right angles to said center line at station 503/32.5; thence N 21 degrees -02' W, a distance of 1743.2 feet to a point that is 125 feet southwesterly of and at right angles to said center line at station 520/92.62; thence northwesterly, along a curve to the left (concave southwesterly) having a radius of 3252.37 feet, a distance of 2498.76 feet to a point that is 125 feet southwesterly of and at right angles to said center line at station 545/77.62; thence turn an angle of 90 degrees-00' to the right and run northeasterly along a straight line a distance of 5 feet; thence N 66 degrees-26½' W, parallel to said center line, a distance of 1007 feet, to a point that is 120 feet southwesterly of and at right angles to said center line at Station 556/77. 52; thence turn an angle of 90 degrees-00' to the right and run northeasterly along a straight line a distance of 92 feet to the existing southwest right of way lines of Project No. F. A. P. 227 reopened; thence southeasterly along

EXHIBIT "A"

309

EXHIBIT "A"

| | |
|---|---|
| THE CITY OF BRUNDIDGE, ALABAMA, A MUNICIPAL CORPORATION, PETITIONER | IN THE CIRCUIT COURT OF PIKE COUNTY ALABAMA |
| VS. | |
| MRS. HATTIE L. RAMAGE, MARY LOUISE JOHNSTON BEAM AND FIRST FARMERS AND MERCHANTS NATIONAL BANK OF TROY A CORPORATION, AS TRUSTEE UNDER THE WILL OF J. T. RAMAGE, DECEASED DEFENDANTS | |

TO THE HONORABLE ALEX BRANTLEY, JUDGE OF PROBATE OF PIKE COUNTY, ALABAMA:

Comes the City of Brundidge, Alabama, a municipal corporation and files this its application in the Probate Court of Pike County, Alabama, against Mrs. Hattie L. Ramage, Mary Louise Johnston Beam and First Farmers and Merchants National Bank of Troy, a corporation, as Trustee under the will of J. T. Ramage, deceased for an order of condemnation of the lands, rights and interests therein hereinafter described, and shows unto the Court as follows:

I

That petitioner, City of Brundidge, a municipal corporation, is a municipal corporation organized and existing under the laws of the State of Alabama; that each of the persons against whom this application is filed is of sound mind and each is over the age of twenty-one years; that Mrs. Hattie L. Ramage is a bona fide resident citizen of the State of Alabama, whose present address is Brundidge, Alabama, that Mary Louise Johnston Beam is a bona fide resident citizen of the State of Alabama, presently residing in Pike County; that First Farmers and Merchants National Bank of Troy, a corporation, is a corporation organized and existing under the Laws of the United States of America with its principal place of business at Troy, Pike County, Alabama, and is the trustee under the will of J.

EXHIBIT "A"

Book W 422

HOUSING AUTHORITY OF  :   IN THE PROBATE COURT OF
CITY OF BRUNDIDGE,     :
ALABAMA,               :   PIKE COUNTY,
        Petitioner     :
                       :   ALABAMA
VS                     :
                       :
H. S. BARR, Et Al,     :
                       :
        Defendants     :

     This being the day regularly appointed to hear the petition of The Housing Authority of the City of Brundidge, Alabama, heretofore filed in this Court, praying that the Court condemn lands described in said petition for the purpose set forth therein and the Housing Authority of The City of Brundidge, Alabama being represented in Court by its attorney, and there also being present in Court _____

_____

_____

_____

and it appearing to the Court that all interested parties have had due and legal notice of the filing of said petition and of the day set to hear same, the Court now proceeds to hear said petition, to-gether with all the evidence touching same. It appears to the Court upon the evidence of _____ and _____ taken orally before Court that the allegations of said petition are true: that H. S. Barr is the owner of said lands and that it is necessary that said lands be condemned for the purpose mentioned in the petition.

     It is therefore ordered and decreed by the Court that said petition be and the same is hereby granted.

     Done this the 1st day of _____, 1960.

_____,
Judge of Probate Court of
Pike County, Alabama

my office this 1st day of Feb. 1960 _____ Judge of Pro

EXHIBIT "A"

EXHIBIT "A"

| | |
|---|---|
| THE INDUSTRIAL DEVELOPMENT BOARD OF THE CITY OF BRUNDIDGE, ALABAMA,<br>        Petitioner<br><br>VS<br><br>H. S. BARR, Et Al,<br>        Defendants | IN THE PROBATE COURT OF<br><br>PIKE COUNTY,<br><br>ALABAMA |

This being the day regularly appointed to hear the petition of The Industrial Development Board of the City of Brundidge, Alabama, heretofore filed in this Court, praying that the Court condemn lands described in said petition for the purpose set forth therein and the Industrial Development Board of the City of Brundidge, Alabama, being represented in Court by its attorney, and there also being present in Court _ATTORNEY FOR PETITIONER and Harold E. Walker, Chairman of Petitioner_

and it appearing to the Court that all interested parties have had due and legal notice of the filing of said petition and of the day set to hear same, the Court now proceeds to hear said petition, together with all the evidence touching same. It appears to the Court upon the evidence of _Harold E. Walker_ and _____ taken orally before Court that the allegations of said petition are true: that H. S. Barr is the owner of said lands and that it is necessary that said lands be condemned for the purpose mentioned in the petition.

It is therefore ordered and decreed by the Court that said petition be and the same is hereby granted.

Done this the _9th_ day of _March_, 1960.

_____
Judge of Probate Court of
Pike County, Alabama

this the 9th day of March 1960, _____

Recorded Book W Page 421

4 EXHIBIT "A"