EXHIBIT "L"

 

EXHIBIT "L"

EXHIBIT "C"

## ALABAMA
### Center for Health Statistics

**CERTIFICATE OF BIRTH**  101-60-049462

DEPARTMENT OF PUBLIC HEALTH   STATE OF ALABAMA   BUREAU OF VITAL STATISTICS

006430

1. Full Name of Child: Charles Kelvin Johns
2. Sex: Male
3. Place of Birth: Brundidge (city, town or rural)   Pike (county)   Alabama (state)
4. Date of Birth: July (Month)   29 (Day)   1960 (Year)

**FATHER**
5. Full Name: Thomas King Johns
6. Color or Race: Black
7. Place of Birth: Alabama

**MOTHER**
8. Full Name: Viola Nyhand
9. Color or Race: Black
10. Place of Birth: Alabama

I hereby certify that the foregoing record was prepared by the undersigned and is filed in the Bureau of Vital Statistics at Montgomery, Alabama. The original record was filed 22 September 1960.

Done this 3 day of May, 19 89.

_____  By _Evelyn L. Jackson_
State Registrar of Vital Statistics      Recording Clerk

EXHIBIT "C"

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2005-310-013-8

_Dorothy S. Harshbarger_
Dorothy S. Harshbarger, State Registrar