# COURT OF CRIMINAL APPEALS

STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
**P. O. BOX 301555**
**MONTGOMERY, AL 36130-1555**

EXHIBIT "D"

| | | |
|---|---|---|
| H.W. "Bucky" McMILLAN<br>Presiding Judge<br>SUE BELL COBB<br>PAMELA W. BASCHAB<br>GREG SHAW<br>A. KELLI WISE<br>Judges | October 15, 2003 | Lane W. Mann<br>Clerk<br>Wanda K. Ivey<br>Assistant Clerk<br>(334) 242-4590<br>FAX (334) 242-4689 |

Mr. Charles Kelvin Johns
AIS #152535
P. O. Box 388
Tutwiler, MS 38963

                Re:    CR-02-1375
                          Charles Kelvin Johns, alias v. State

Dear Mr. Johns:

      This is in response to your recent letter about the above referenced appeal. Please be advised that after Mr. Brantley was allowed to withdraw from representing you, Thomas H. Claunch, III was appointed to represent you.

      Your case was submitted on briefs on October 10, 2003. A decision has not yet been rendered. After a decision is reached, you should be notified by Mr. Claunch.

                                          Sincerely yours,

                                          Lane W. Mann, Clerk
                                          Court of Criminal Appeals

LWM/

cc:    Honorable Thomas H. Claunch, III
       2800 Zelda Road, Suite 100-9
       Montgomery, AL 36106

EXHIBIT "D"