HARDING & CLAUNCH, L.L.C.
ATTORNEYS AT LAW
2800 ZELDA ROAD, SUITE 100-9
MONTGOMERY, AL 36106
334-356-6070
Fax: 334-356-6040

EXHIBIT "E"

DEBORAH Q. HARDING                                    THOMAS H. CLAUNCH III

29 October 2003

Mr. Charles Kelvin Johns
AIS #154434
PO Box 388
Tutwiler, MS 38963

RE: CR-02-1375 / Charles Kelvin Johns, alias v. State

Dear Mr. Johns:

Thank you for your letter dated 10/23/03.

I apologize my letter we sent you was undeliverable. I used the address information provided to me by the Court when I addressed the original letter to you (see enclosed). Please understand that this must have been a clerical error and in no way was intentional.

I was unaware of any delivery problems with my letter to you, as that letter was never returned to our offices. Be advised that a copy of that letter is enclosed with this one.

As noted in the original letter, before withdrawing from your case your former counsel, Mr. Thomas K. Brantley, filed an appeal on your behalf. His appeal for you covered the issues and no further briefing was due at that time.

Since then, the Attorney General's office filed a Brief of Appellee on October 9, 2003, and the case was submitted on October 10, 2003. I have enclosed a copy of their reply brief for you.

The case is currently before The Court of Criminal Appeals and a decision has not yet been rendered. I will notify you immediately of the Court's findings, once a decision is reached.

Very cordially yours,

Thomas H. Claunch, III
Attorney at Law

EXHIBIT "E"