IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

STATE OF ALABAMA,
    Plaintiff,/Respondent,

Vs.                           CASE NO.S : CC 02-H-96.60 & 97.60

CHARLES K. JOHNS,
    Defendant/Petitioner

### STATE'S RESPONSE TO RULE-32 PETITION

Comes now the State, by and through the undersigned Assistant District Attorney, and hereby makes it response to the Rule-32 Petition for relief filed by the Petitioner, Charles Johns, and says as follows:

1. The Petitioner basically alleges ineffective assistance of counsel, the response to said allegations is included in the Affidavit of attorney, Thomas Brantley.

2. The Petitioner's allegation concerning jurisdiction of the Court are based on issues of fact, not legal jurisdictional issues and are due to be disregarded.

3. The Petitioner is precluded from raising issues of facts, that were known or should have been known, that could have been, but was not, raised on appeal.

4. The Petitioner's allegations are all due to be denied.

                                      Larry C. Jarrell (JAR001)
                                      Assistant District Attorney
                                      12th Judicial Circuit
                                      P.O. Box 812
                                      Troy, Alabama 36081
                                      (334) 566-6896

EXHIBIT "G"

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on the Defendant/Petitioner at the address below by U.S. Mail postage prepaid on this the 2nd day of August, 2005:

Charles K. Johns
Ventress Correctional Facility
AIS# 154434  P.O. Box 767
Clayton, Alabama 36016

                                           Larry C. Jarrell
                                           Assistant District Attorney8