EXHIBIT "H"

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NOS. CC-2002-96 |
| | | CC-2002-97 |
| CHARLES K. JOHNS, | * | |
| DEFENDANT. | * | |

ORDER

This cause being submitted upon Defendant's petition for relief from conviction or sentence pursuant to Rule 32, A.R.Cr.P., and the Court having considered the same, as well as the State's response in opposition, and finding that said petition is both precluded under the operative provisions of said rule and that the allegation of ineffective assistance of counsel is without factual merit, it is hereby;

ORDERED AND ADJUDGED that the petition of Charles K. Johns for relief of conviction or sentence is denied.

DONE THIS THE 15th day of December, 2005.

_____
CIRCUIT JUDGE

EXHIBIT "H"