



### ALABAMA STATE BAR
### THE DISCIPLINARY COMMISSION
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

March 17, 2004

Mr. Charles K. Johns
A.I.S.#154434 D-10 B-26T
P. O. Box 767
Clayton, AL  36016

Re:    CSP No. 04-333(A)
       Complaint against Julian Lenwood McPhillips, Jr.

Dear Mr. Johns:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct*. The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Carol M. Wright*

Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:    Mr. Julian Lenwood McPhillips, jr.

EXHIBIT "I"

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.