EXHIBIT J

# The Anderson Law Firm, L.L.C.
ATTORNEYS AND COUNSELORS

CHARLES L. ANDERSON
BETTY BOBBITT BYRNE
JESSICA DIANNE KIRK
HANK HAWKINS
J. MATTHEW WILLIAMS*
SARITA T. ATKINS
SCOTT T. McARDLE
CHARLES B. HAIGLER, III
CHRISTINE E. TATUM
HOPE M. AYERS

*also admitted in Florida

STERLING CENTRE, SUITE 304
4121 CARMICHAEL ROAD
MONTGOMERY, ALABAMA 36106
email: info@theandersonlawfirm.com
Tel (334) 272-9880
Fax (334) 272-2551

**BIRMINGHAM OFFICE**
AGE HERALD BUILDING, 3RD FLOOR
2107 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203
Tel (205) 328-0660
Fax (205) 327-5383

May 25, 2001

Mr. Charles K. Johns
316 Johns St.
Brundidge, AL 36010-2011

RE: File #26005

Dear Mr. Johns:

Please let this letter serve as a reminder that you indicated you would be sending information regarding a property recording problem for an attorney to review. To date, our records reflect that we have not received this information.

If you still wish our assistance in this matter, please mail or fax the documents to the above address or contact our office at (800)443-3444 or (334)272-9880 as soon as possible. Be sure to reference the file number (listed above) on any documents you send. Please disregard this notice if you sent the information recently.

If we do not hear from you in the near future, we will trust that this matter has been resolved and close the file until further notice.

Thank you for using your Prepaid Legal Services membership. We are pleased to be of service to you.

Sincerely yours,

Pre-Paid Legal Services Department

EXHIBIT J

EXHIBIT "J"

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

**Attorneys at Law**

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
ROBERT L. PITTMAN
EDWARD P. KENDALL
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON

(OF COUNSEL)
C. GIBSON VANCE
J. P. SAWYER
BENJAMIN E. BAKER, JR.
DAVID B. BYRNE, III
TED G. MEADOWS
GERALD B. TAYLOR, JR.
BENJAMIN H. ALBRITTON

200 COOSA STREET (36104)
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

WEB PAGE
www.bwamc.com

C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
SCARLETTE M. TULEY
J. MARK ENGLEHART*
KENDALL C. DUNSON
CLINTON C. CARTER
KAREN L. MASTIN*
WILLIAM R. DAVIS
JEFFREY T. WEBB
CHRISTOPHER E. SANSPREE*
ROMAN ASHLEY SHAUL
LARRY A. GOLSTON, JR.
SEAN BLUM*
D. MICHAEL ANDREWS
CHARLES WILLIAMSON BARFOOT

○ ALSO ADMITTED IN ARKANSAS
▽ ALSO ADMITTED IN FLORIDA
△ ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MISSISSIPPI
† ALSO ADMITTED IN TENNESSEE
# ALSO ADMITTED IN TEXAS
Σ ALSO ADMITTED IN WASHINGTON, D.C.

June 22, 2001

CERTIFIED MAIL
Mr. Charles Johns
316 Johns Street
Brundidge, AL 36010

Re:    Probate Matter

Dear Mr. Johns:

Thank you for allowing our firm to review your potential probate matter. We regret to inform that we are unable to assist you in this matter and have closed our file. This letter is not intended to give you the impression that we believe you have a bad case. I have referred your case to William D. Coleman with the law firm of Capell & Howard. He can be reached at 334-241-8000.

Be advised that there is a statute of limitations applicable to your case. Therefore, you must take action on your claims within the period prescribed by the statute of limitations. If you fail to take action within that period, you may be forever barred thereafter from bringing any legal action based on these facts. Consequently, it is important that you contact another attorney immediately if you intend to pursue this matter.

We appreciate your interest in our law firm. If we may be of any assistance to you in the future, please feel free to contact me.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

Rhon E. Jones

REJ/sw

cc:    Mr. William D. Coleman

EXHIBIT "J"

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
ROBERT L. PITTMAN
EDWARD P. KENDALL
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON

(OF COUNSEL)
C. GIBSON VANCE
J. P. SAWYER
BENJAMIN E. BAKER, JR.
DAVID B. BYRNE, III
TED G. MEADOWS
GERALD B. TAYLOR, JR.
BENJAMIN H. ALBRITTON

## Attorneys at Law

200 COOSA STREET (36104)
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

WEB PAGE
www.bwamc.com

C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
SCARLETTE M. TULEY
J. MARK ENGLEHART
KENDALL C. DUNSON
CLINTON C. CARTER
KAREN L. MASTIN
WILLIAM R. DAVIS
JEFFREY T. WEBB
CHRISTOPHER E. SANSPREE
ROMAN ASHLEY SHAUL
LARRY A. GOLSTON, JR.
SEAN BLUM
D. MICHAEL ANDREWS
CHARLES WILLIAMSON BARFOOT

○ ALSO ADMITTED IN ARKANSAS
▽ ALSO ADMITTED IN FLORIDA
△ ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MISSISSIPPI
† ALSO ADMITTED IN TENNESSEE
‡ ALSO ADMITTED IN TEXAS
Σ ALSO ADMITTED IN WASHINGTON, D.C.

June 22, 2001

Mr. William D. Coleman
CAPELL & HOWARD
P. O. Box 2069
Montgomery, AL 36102-2069

Re:   Charles Johns - Probate Matter

Dear Bill:

I have referred the above individual to you for review of his potential probate matter. His client information is as follows:

|  |  |
|---|---|
| Client Name: | Charles Johns |
| Physical Address: | 316 Johns Street<br>Brundidge, AL 36010 |
| Telephone Number: | 334-735-2269 (home)<br>334-492-0719 (work) |
| Date of Birth: | 07/29/60 |
| Social Security No.: | 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 |

Enclosed are the documents Mr. Johns provided for our review. Please feel free to call me with any questions.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

Rhon E. Jones

REJ/sw
Enclosure

cc:   Mr. Charles Johns

EXHIBIT "J"

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

**Attorneys at Law**

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
STEPHEN W. DRINKARD
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
ROBERT L. PITTMAN
EDWARD P. KENDALL
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON

(OF COUNSEL)
C. GIBSON VANCE
J. P. SAWYER
BENJAMIN E. BAKER, JR.
DAVID B. BYRNE, III
TED G. MEADOWS
GERALD B. TAYLOR, JR.
BENJAMIN H. ALBRITTON

200 COOSA STREET (36104)
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

WEB PAGE
www.bwamc.com

C. LANCE GOULD
JOSEPH H. AUGHTMAN
DANA G. TAUNTON
SCARLETTE M. TULEY
J. MARK ENGLEHART
KENDALL C. DUNSON
CLINTON C. CARTER*†
KAREN L. MASTIN*
WILLIAM R. DAVIS
JEFFREY T. WEBB
CHRISTOPHER E. SANSPREE*
ROMAN ASHLEY SHAUL*
LARRY A. GOLSTON, JR.
SEAN BLUM
D. MICHAEL ANDREWS
CHARLES WILLIAMSON BARFOOT

ALSO ADMITTED IN ARKANSAS
ALSO ADMITTED IN FLORIDA
ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MISSISSIPPI
† ALSO ADMITTED IN TENNESSEE
ALSO ADMITTED IN TEXAS
ALSO ADMITTED IN WASHINGTON, D.C.

June 29, 2001

Mr. Charles Johns
316 Johns Street
Brundidge, AL 36010

Re:   Probate Matter

Dear Mr. Johns:

Mr. Coleman has communicated to me that his firm has no interest in representing you in this matter. As I stated in previous correspondence, our firm is unable to assist you in this matter and we have closed our file. Therefore, in order to pursue any claim you may have, it is important that you contact another attorney immediately.

Be advised that there is a statute of limitations applicable to your case. Therefore, you must take action on your claims within the period prescribed by the statute of limitations. If you fail to take action within that period, you may be forever barred thereafter from bringing any legal action based on these facts. Consequently, it is important that you contact another attorney immediately if you intend to pursue this matter.

Enclosed are the documents you provided for our review. Again, thank you for your interest in our firm.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

Rhon E. Jones

REJ/sw

cc:   Mr. William D. Coleman

EXHIBIT "J"