**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 30, 2008

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To: J. C. Giles**

**From:   Clerk's Office**

**Case Style:  Johns v. Giles et al**

**Case Number:    2:06-cv-00229-WHA**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

<span style="color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</span>

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**