IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES KELVIN JOHNS, )
A.I.S. # 154434, )
  )
      Petitioner, )
  )
VS. ) CIVIL ACTION NO.
  ) 2:06-CV-229-WHA
J. C. GILES, et al., )
  )
      Respondents. )

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and J.C. Giles, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and J.C. Giles, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of Ventress Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.

_____
John M. Porter
Counsel for Troy King and J.C. Giles

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, I have filed the foregoing with the Clerk of this Court and the same on Counsel for the Petitioner at:

Charles Kelvin Johns
AIS# 154434
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

_____
John M. Porter (POR023)

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us

375429